

BRUCE R. EWING
Partner
(212) 415-9206
ewing.bruce@dorsey.com

January 19, 2024

**VIA ELECTRONIC FILING**

The Honorable Taryn A. Merkl
United States Magistrate Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *WFS Global SAS v. GROWMARK, Inc.*, No. 1:24-cv-00175-TAM

Dear Magistrate Judge Merkl:

    We are counsel for defendant GROWMARK, Inc. and write in accord with Local Civil Rule 7.1(d) to request a short extension of time for defendant to respond to the complaint filed in this action.

    Counsel for the parties have agreed that defendant's response will be due on February 12, 2024, thirty days after the complaint was deemed served. This is the first request for an extension of this deadline and, as noted, this letter motion is filed on consent.

    We thank the Court for its attention to this matter.

    Respectfully Submitted,

    Bruce R. Ewing

Cc:    All Counsel of Record (by ECF)